# Exhibit 2

Charted Claims:

Method Claims:16

| US7102643 | Squarespace Website Designing Software ("Accused Product") |
|---|---|
| 16. A method of controlling a visual presentation of data to a viewer, the visual presentation comprising a plurality of display configuration states through which data content is presented to a viewer, the presentation being responsive to transition input to transition from a current visual display configuration state to a next visual display configuration state, the method comprising providing a plurality of transition effects<br><br>**Col. 3, Line [30-38]**<br><br>*Further, the* | The accused product practices a method of controlling a visual presentation of data (e.g., website) to a viewer, the visual presentation comprising a plurality of display configuration states (e.g., pages) through which data content is presented to a viewer, the presentation being responsive to transition input (e.g., scrolling through website) to transition from a current visual display configuration state (e.g., currently displayed page) to a next visual display configuration state (e.g., successive page), the method comprising providing a plurality of transition effects (e.g., Fade, Scale, Slide, etc.).<br><br>As shown below, the accused product is a service for designing websites. This service provides access to site-wide animations. These animations include Fade, Scale, Slide etc. which can be selected and added to successive pages of the website. When a user scrolls through the currently displayed page, the website transitions to the next page. Transition effects are added to each of these successive web pages. |

| | |
|---|---|
| *transition input for transitioning from a current display configuration state to a next display configuration state can be an input such as a user action (e.g., a mouse click, keyboard entry, voice command, touchscreen command, etc.), a sensed condition (e.g., the passage of time, the detection of a particular party speaking, the detection of motion in a video frame, etc.), or an automated action (such as automatically transitioning out of a state once the state is drawn).* | <br>https://www.squarespace.com/ |



https://web.archive.org/web/20200301005329/https://www.squarespace.com/



https://web.archive.org/web/20200629192909/https://support.squarespace.com/hc/en-us/articles/360040839591-Site-wide-animations



https://support.squarespace.com/hc/en-us/articles/360040839591-Site-wide-animations

https://support.squarespace.com/hc/en-us/articles/360040839591-Site-wide-animations

## Enable site-wide animations

Site-wide animations apply to most areas of your site, with effects more noticeable in some areas than others. These animations primarily affect the way images, text, and other blocks appear when you scroll through a page. Some animations also appear when a visitor hovers over links and buttons.

We recommend enabling an animation style, then testing how it affects different pages of your site. Experiment with each style until you find the one that works best for your content.

To enable site-wide animations:

1. Open the Animations panel.
2. Click an animation style.
3. Choose a Slow, Medium, or Fast animation speed.
4. Click **Save** to save your changes and keep editing, or click **Exit** and then **Save** to close the editor.

https://support.squarespace.com/hc/en-us/articles/360040839591-Site-wide-animations



https://www.youtube.com/watch?v=uWkqLraYIvo&t=3s

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=uWkqLraYIvo&t=3s |
| for each pair of potentially successive visual display configuration states, associating a transition effect therewith | The accused product practices for each pair of potentially successive visual display configuration states (e.g., successive pages in a website), associating a transition effect (e.g., Fade, Scale, Slide, etc.).<br><br>As shown below, the accused product enables users to apply a transition effect to successive pages in a website. To apply the effect, the user selects the transition effect, and thereafter, selects the style of animation by clicking on it. |



https://www.youtube.com/watch?v=uWkqLraYIvo&t=3s

| | |
|---|---|
| | **Site-wide animation styles**<br><br>Choose from these animation styles:<br><br>- **None** - Disables site-wide animations<br>- **Fade** - Content fades in as it comes into view on the page<br>- **Scale** - Content animates from a smaller size to its final size, creating a zoom effect<br>- **Slide** - Content slides upward into place, accentuating the effect of scrolling down the page<br>- **Clip** - Content slides in line by line from the left<br>- **Flex** - Adds unique animations to headings, linked text, buttons, and portfolio pages, and adds an underline to main navigation links on hover<br><br>https://support.squarespace.com/hc/en-us/articles/360040839591-Site-wide-animations |

| | |
|---|---|
| | **Enable site-wide animations**<br><br>Site-wide animations apply to most areas of your site, with effects more noticeable in some areas than others. These animations primarily affect the way images, text, and other blocks appear when you scroll through a page. Some animations also appear when a visitor hovers over links and buttons.<br><br>We recommend enabling an animation style, then testing how it affects different pages of your site. Experiment with each style until you find the one that works best for your content.<br><br>To enable site-wide animations:<br><br>1. Open the Animations panel ↗.<br>2. Click an animation style.<br>3. Choose a Slow, Medium, or Fast animation speed.<br>4. Click **Save** to save your changes and keep editing, or click **Exit** and then **Save** to close the editor.<br><br>https://support.squarespace.com/hc/en-us/articles/360040839591-Site-wide-animations |
| receiving transition input indicative to transition from a current visual display configuration state to a next visual display configuration state, the transition defining a pair of successive visual display configuration states | The accused product practices receiving transition input (e.g., scrolling through website) indicative to transition from a current visual display configuration state (e.g., currently displayed page) to a next visual display configuration state (e.g., successive page), the transition defining a pair of successive visual display configuration states (e.g., successive pages in a website).<br><br>As shown below, websites designed using the accused product, navigates from a currently displayed page to a next successive page, when a user scrolls the currently displayed page, i.e., when the currently displayed page ends, the website transitions to the next page. Users can add a site-wide animations to successive pages of the website. |

| | |
|---|---|
| Col. 3, Line [30-38]<br><br>*Further, the transition input for transitioning from a current display configuration state to a next display configuration state can be an input such as a user action (e.g., a mouse click, keyboard entry, voice command, touchscreen command, etc.), a sensed condition (e.g., the passage of time, the detection of a particular party speaking, the detection of motion in a video frame, etc.), or an automated action (such as automatically transitioning out of a state once the state is drawn).* | **Enable site-wide animations**<br><br>Site-wide animations apply to most areas of your site, with effects more noticeable in some areas than others. These animations primarily affect the way images, text, and other blocks appear when you scroll through a page. Some animations also appear when a visitor hovers over links and buttons.<br><br>We recommend enabling an animation style, then testing how it affects different pages of your site. Experiment with each style until you find the one that works best for your content.<br><br>To enable site-wide animations:<br><br>1. Open the Animations panel.<br>2. Click an animation style.<br>3. Choose a Slow, Medium, or Fast animation speed.<br>4. Click **Save** to save your changes and keep editing, or click **Exit** and then **Save** to close the editor.<br><br>https://support.squarespace.com/hc/en-us/articles/360040839591-Site-wide-animations |



https://www.youtube.com/watch?v=uWkqLraYIvo&t=3s

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=uWkqLraYIvo&t=3s |
| during the transition from the current visual display configuration state and the next visual | The accused product practices during the transition from the current visual display configuration state (e.g., currently displayed page) and the next visual display configuration state (e.g., successive page), presenting to the viewer the transition effect (e.g., Fade, Scale, Slide, etc.) associated with the defined pair of successive visual display configuration states (e.g., successive pages in a website). |

| | |
|---|---|
| display configuration state, presenting to the viewer the transition effect associated with the defined pair of successive visual display configuration states. | As shown below, the accused product adds the transition effect that the user has selected (e.g., by clicking animation style under animation panel) while transitioning (automatic transition from one page to another after the current page ends) from a currently displayed page to a successive page.<br><br><br><br>https://www.youtube.com/watch?v=uWkqLraYIvo&t=3s |



https://www.youtube.com/watch?v=uWkqLraYIvo&t=3s



https://www.youtube.com/watch?v=uWkqLraYIvo&t=3s